JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUDITH ANN SANCHEZ,<br><br>        Debtor,<br>_____<br>JUDITH ANN SANCHEZ,<br><br>        Appellant,<br><br>    v.<br><br>ALMA DARNELL, et al.,<br><br>        Appellees.<br>_____ | Case No. CV 20-1089 FMO<br><br>(BK Case No. 18-bk-23844 BB)<br><br>(Adv. Case No. 19-ap-1060 BB)<br><br><br>**JUDGMENT** |

    Pursuant to the Court's Order Re: Bankruptcy Appeal, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the bankruptcy court's decision is **affirmed**. The above-captioned action is hereby **dismissed with prejudice**. The parties shall bear their own fees and costs on appeal.

Dated this 12th day of March, 2021.

                                                                              /s/
                                        Fernando M. Olguin
                                    United States District Judge